THERESA ODEJIMI, Appellant, v TOWN OF WINDSOR, Respondent.

Submitted July 17, 2017; decided September 12, 2017

Motion for reargument of motion for leave to appeal denied [see 29 NY3d 1074 (2017)]. Motion for poor person relief dismissed as academic.

Judge FEINMAN taking no part.

In the Matter of ENRIQUE C. PARADA, Deceased. DEBORAH A. PARADA, Respondent; ERICK P. PARADA, Appellant.

Submitted June 19, 2017; decided September 12, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRICEWATERHOUSECOOPERS, LLP, Respondent, and EXXON MOBIL CORPORATION, Appellant.

Submitted August 21, 2017; decided September 12, 2017

Motion for leave to appeal denied. Motion for a stay dismissed as academic.